IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REEDSBURG UTILITY COMMISSION,

    Appellant,                                  JUDGMENT IN A CIVIL CASE

v.                                               Case No. 10-cv-84-bbc

GREDE FOUNDRIES, INC.

    Appellees.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the decision of the bankruptcy court holding that appellant Reedsburg Utility Commission violated the 11 U.S.C. § 362 automatic stay is AFFIRMED.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

MAY 2 5 2010
Date